IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR148 |
| | ) | |
| V. | ) | |
| | ) | |
| HAIDER ALYASS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that defendant's motion to "compel counsel to provide complete copy of defendant's case file" and "for court's leave to file supplement to defendant's 28 U.S.C. § 2255 filing" (filing 93) is denied.

DATED this 17th day of November, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge